AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | | |
|---|---|---|
| State of Alabama; State of Florida; State of Georgia; State of South Carolina; Independent Women's Law Center; Independent Women's Network; Parents Defending Education; and Speech First, Inc., <br><br> *Plaintiff(s)* <br> v. <br><br> Miguel Cardona, in his official capacity as the U.S. Secretary of Education; and U.S. Department of Education <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 7:24-cv-00533-GMB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* U.S. Department of Education
400 Maryland Ave., SW
Washington, DC 20202

A lawsuit has been filed against you.

Within ~~21~~ 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edmund LaCour,
501 Washington Ave.,
Montgomery, AL 36130
(342) 242-7300

If you fail to respond, judgment by default ~~will~~ may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GREER M. LYNCH, CLERK

CLERK OF COURT

Date: 5-2-24

_____
*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| State of Alabama; State of Florida; State of Georgia; State of South Carolina; Independent Women's Law Center; Independent Women's Network; Parents Defending Education; and Speech First, Inc., <br><br> *Plaintiff(s)* <br> v. <br><br> Miguel Cardona, in his official capacity as the U.S. Secretary of Education; and U.S. Department of Education <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 7:24 CV 533-GMB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Miguel Cardona
U.S. Department of Education
400 Maryland Ave., SW
Washington, DC 20202

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edmund LaCour,
501 Washington Ave.,
Montgomery, AL 36130
(342) 242-7300

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GREER M. LYNCH, CLERK

CLERK OF COURT

Date: 5-2-24

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | |
|---|---|
| State of Alabama; State of Florida; State of Georgia; State of South Carolina; Independent Women's Law Center; Independent Women's Network; Parents Defending Education; and Speech First, Inc., <br> *Plaintiff(s)* <br> v. <br> Miguel Cardona, in his official capacity as the U.S. Secretary of Education; and U.S. Department of Education <br> *Defendant(s)* | Civil Action No. 7:24-cv-00533-GMB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Civil Division, Process Clerk,
United States Attorney's Office,
1801 4th Avenue North, Birmingham, AL 35203

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edmund LaCour,
501 Washington Ave.,
Montgomery, AL 36130
(342) 242-7300

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GREER M. LYNCH, CLERK

CLERK OF COURT

Date: 5-2-24

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | |
|---|---|
| State of Alabama; State of Florida; State of Georgia; State of South Carolina; Independent Women's Law Center; Independent Women's Network; Parents Defending Education; and Speech First, Inc., <br> *Plaintiff(s)* <br> v. <br> Miguel Cardona, in his official capacity as the U.S. Secretary of Education; and U.S. Department of Education <br> *Defendant(s)* | Civil Action No. 7:24-cv-00533-GMB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney General Merrick Garland
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within ~~X~~ 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edmund LaCour,
501 Washington Ave.,
Montgomery, AL 36130
(342) 242-7300

If you fail to respond, judgment by default ~~will~~ *may* be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GREER M. LYNCH, CLERK
*CLERK OF COURT*

Date: 5-2-24

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203