# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA STATE OF SOUTH CAROLINA; INDEPENDENT WOMEN'S LAW CENTER; INDEPENDENT WOMEN'S NETWORK; PARENTS DEFENDING EDUCATION; and SPEECH FIRST, INC. <br> *Plaintiff* <br> v. <br><br> MIGUEL CARDONA, in his official capacity as the U.S. Secretary of Education; and U.S. DEPARTMENT OF EDUCATION, <br> *Defendants*. | |

## APPLICATION FOR PRO HAC VICE ADMISSION

Pursuant to this Court's LR 83.1(b), the undersigned counsel, Cameron Thomas Norris, submits this application for admission *pro hac vice* as counsel for Plaintiffs Independent Women's Law Center, Independent Women's Network, Parents Defending Education, and Speech First, Inc. In support of this application, counsel states the following:

1. My full name is Cameron Thomas Norris. I am a resident of Tennessee. I reside in Knoxville, Tennessee.

2. I am an attorney at Consovoy McCarthy PLLC. My office address is 1600 Wilson Boulevard, Suite 700, Arlington, VA 22209. My telephone number is (703) 243-9423, and my email address is cam@consovoymccarthy.com. I have no fax number.

2

3. I am a member of the Tennessee bar (admitted November 10, 2014); the Virginia bar (April 14, 2017); the U.S. Courts of Appeals for the D.C. Circuit (May 14, 2015), First Circuit (October 29, 2019), Second Circuit (June 18, 2019), Third Circuit (January 24, 2023), Fourth Circuit (May 1, 2020), Fifth Circuit (April 5, 2019), Sixth Circuit (October 5, 2018), Seventh Circuit (2019), Eighth Circuit (May 6, 2020), Ninth Circuit (March 12, 2019), Tenth Circuit (April 23, 2020), and Eleventh Circuit (2019); and the U.S. District Courts for the District of Columbia (December 2, 2019), Central District of Illinois (2019), District of Maryland (July 16, 2020), Western District of Michigan (June 8, 2020), District of Nebraska (January 22, 2019), Western District of Oklahoma (December 5, 2022), Eastern District of Tennessee (February 25, 2021), Middle District of Tennessee (April 12, 2021), Western District of Texas (December 21, 2018), Western District of Virginia (February 23, 2021), U.S. Supreme Court (June 29, 2020).

4. I am in good standing and eligible to practice in all of the above-mentioned courts.

5. I designate as our local counsel Bryan M. Taylor, whose address, telephone number, facsimile number, and e-mail address are provided in his written consent, attached hereto.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

2

Executed on May 2, 2024.

          */s/ Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*Plaintiffs IWLC, IWN, PDE, and Speech First*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA STATE OF SOUTH CAROLINA; INDEPENDENT WOMEN'S LAW CENTER; INDEPENDENT WOMEN'S NETWORK; PARENTS DEFENDING EDUCATION; and SPEECH FIRST, INC.<br>*Plaintiff*<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as the U.S. Secretary of Education; and U.S. DEPARTMENT OF EDUCATION,<br>*Defendants.* | |

## CONSENT TO DESIGNATION AS LOCAL COUNSEL

I am a member in good standing of the bar of this Court. Per LR 83.1(b), I ask the Court to allow Cameron T. Norris to appear pro hac vice as counsel for Plaintiffs Independent Women's Law Center, Independent Women's Network, Parents Defending Education, and Speech First, Inc., and I consent to designation as local counsel. Mr. Norris is familiar with this case and this Court's rules. He meets all the requirements of LR 83.1(b), as explained in his Application for Pro Hac Vice Admission.

Dated: May 2, 2024

Respectfully submitted,

*/s/ Bryan M. Taylor*
Bryan M. Taylor (ASB 0390-Y81T)
Bachus Brom & Taylor LLC
3125 Blue Lake Drive, Suite 101
Birmingham, AL 35243
(205) 970-7775
btaylor@bachusbrom.com

*Counsel for Plaintiffs IWLC, IWN, PDE, and Speech First, Inc.*