FILED
2024 May-03  AM 09:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA STATE OF SOUTH CAROLINA; INDEPENDENT WOMEN'S LAW CENTER; INDEPENDENT WOMEN'S NETWORK; PARENTS DEFENDING EDUCATION; and SPEECH FIRST, INC. *Plaintiff* v. MIGUEL CARDONA, in his official capacity as the U.S. Secretary of Education; and U.S. DEPARTMENT OF EDUCATION, *Defendants.* | |

## APPLICATION FOR PRO HAC VICE ADMISSION

Pursuant to this Court's LR 83.1(b), the undersigned counsel, Thomas Samuel Vaseliou, submits this application for admission *pro hac vice* as counsel for Plaintiffs Independent Women's Law Center, Independent Women's Network, Parents Defending Education, and Speech First, Inc.  In support of this application, counsel states the following:

1.     My full name is Thomas Samuel Vaseliou. I am a resident of Virginia. I reside in Arlington, VA 22201.

2.     I am an attorney at Consovoy McCarthy PLLC. My office address is 1600 Wilson Boulevard, Suite 700, Arlington, VA 22209. My telephone number is (703) 243-9423, and my email address is tvaseliou@consovoymccarthy.com. I have no fax number.

2

3.      I am a member of the Texas Supreme Court bar (October 25, 2019); First Circuit (January 25, 2023); Fifth Circuit (July 13, 2022); Sixth Circuit (August 14, 2023); Eighth Circuit (December 9, 2022); Tenth Circuit (March 31, 2020); and D.C. Circuit (November 23, 2022).

4.      I am in good standing and eligible to practice in all of the above-mentioned courts.

5.      I designate as our local counsel Bryan M. Taylor, whose address, telephone number, facsimile number, and e-mail address are provided in his written consent, attached hereto.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on May 2, 2024.

_/s/ Thomas S. Vaseliou_
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tvaseliou@consovoymccarthy.com

*Counsel for Plaintiffs IWLC, IWN, PDE, and Speech First*

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |
|---|---|
| STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA STATE OF SOUTH CAROLINA; INDEPENDENT WOMEN'S LAW CENTER; INDEPENDENT WOMEN'S NETWORK; PARENTS DEFENDING EDUCATION; and SPEECH FIRST, INC. *Plaintiff* v. MIGUEL CARDONA, in his official capacity as the U.S. Secretary of Education; and U.S. DEPARTMENT OF EDUCATION, *Defendants.* |  |

## CONSENT TO DESIGNATION AS LOCAL COUNSEL

I am a member in good standing of the bar of this Court. Per LR 83.1(b), I ask the Court to allow Thomas S. Vaseliou to appear pro hac vice as counsel for Plaintiffs Independent Women's Law Center, Independent Women's Network, Parents Defending Education, and Speech First, Inc., and I consent to designation as local counsel. Mr. Vaseliou is familiar with this case and this Court's rules. He meets all the requirements of LR 83.1(b), as explained in his Application for Pro Hac Vice Admission.

Dated: May 2, 2024

Respectfully submitted,

 /s/ Bryan M. Taylor
Bryan M. Taylor (ASB 0390-Y81T)
Bachus Brom & Taylor LLC
3125 Blue Lake Drive, Suite 101
Birmingham, AL 35243
(205) 970-7775
btaylor@bachusbrom.com

*Counsel for Plaintiffs IWLC, IWN, PDE, and Speech First*