# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF SOUTH CAROLINA; INDEPENDENT WOMEN'S LAW CENTER; INDEPENDENT WOMEN'S NETWORK; PARENTS DEFENDING EDUCATION; AND SPEECH FIRST, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as the U.S. Secretary of Education; and U.S. DEPARTMENT OF EDUCATION, <br><br> *Defendants.* | Case No. 7:24-cv-00533-GMB |

## DECLARATION OF SERVICE

I, Suzanne Clemens, the undersigned, am over the age of 18 and am not a party to this lawsuit. I am a Legal Research Assistant for the Office of the Alabama Attorney General, which represents the Plaintiff, the State of Alabama, in the above-captioned case.

1. On May 2, 2024, I effectuated service on Miguel Cardona, by mailing the summons, Complaint (Doc. 1) and Civil Cover Sheet (Doc. 1-1) by

Certified Mail, Return Receipt Requested, USPS Tracking No. 9489009000276202499747 to Miguel Cardona via the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20202.

2. On May 2, 2024, I effectuated service on Civil Division, Process Clerk, by mailing the summons, Complaint (Doc. 1) and Civil Cover Sheet (Doc. 1-1) by Certified Mail, Return Receipt Requested, USPS Tracking No. 9489009000276202499761 to Civil Division, Process Clerk, via the United States Attorney's Office, 1801 4th Avenue North, Birmingham, AL 35203.

3. On May 2, 2024, I effectuated service on the U.S. Department of Education, by mailing the summons, Complaint (Doc. 1) and Civil Cover Sheet (Doc. 1-1) by Certified Mail, Return Receipt Requested, USPS Tracking No. 9489009000276202499754 to the U.S. Department of Education, 400 Maryland Ave., SW, Washington, DC 20202.

4. On May 2, 2024, I effectuated service on Attorney General Merrick Garland, by mailing the summons, Complaint (Doc. 1) and Civil Cover Sheet (Doc. 1-1) by Certified Mail, Return Receipt Requested, USPS Tracking No. 9489009000276202499778 to Attorney General Merrick

Garland via the U.S. Department of Justice, 950 Pennsylvania Ave., N.W. Washington DC 20530-0001.

Dated: May 3, 2024          Respectfully submitted,

                                             _/s/ Suzanne Clemens_
                                             Suzanne Clemens