FILED
2024 May-08  AM 11:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA WESTERN DIVISION

| | |
|---|---|
| State of ALABAMA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Miguel CARDONA, in his official<br>Capacity as U.S. Secretary of<br>Education, *et al.*,<br><br>*Defendants*. | No. 7:24-cv-533-GMB |

## PLAINTIFFS' MOTION FOR STAY OF EFFECTIVE DATE OR PRELIMINARY INJUNCTION

Plaintiffs are four States and four private groups. They challenge the U.S. Department of Education's recently published rule regarding Title IX of the Education Amendments Act of 1972, *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024). The challenged rule's effective date is August 1, 2024. Plaintiffs respectfully ask this Court, before August 1, to stay the rule's effective date, 5 U.S.C. §705, or to preliminarily enjoin Defendants from enforcing it.

Plaintiffs are entitled to interim relief. The challenged rule is likely unlawful because it violates the Administrative Procedure Act in numerous ways. It illegally redefines sex discrimination to include "gender identity," illegally rewrites the Supreme Court's definition of sexual harassment, and illegally changes key procedures for the accused. In APA parlance, the rule is "arbitrary," "capricious," "not in accordance with law," and "in excess of statutory … authority." 5 U.S.C. §706(2). The State Plaintiffs will suffer irreparable harm because the challenged rule conflicts with their laws and will impose heavy, unrecoverable compliance costs. And once those policies are in place, the Private Plaintiffs' members will suffer irreparable harm in

the form of chilled speech and the loss of their First and Fourteenth Amendment rights. Because Defendants are the federal government, the remaining criteria—balance of equities and public interest—merge and here favor preliminary relief as well. The public has no interest in enforcing a rule that is illegal, and it has an important interest in governmental agencies following the law.

For all these reasons, which are detailed in the accompanying brief, the Court should grant Plaintiffs' motion and enter preliminary relief.

Dated: May 8, 2024

Respectfully submitted,

Ashley Moody
  *Attorney General*

Steve Marshall
  *Attorney General*

*s/ James H. Percival*
James H. Percival*
  *Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for Florida*

*s/ Edmund G. LaCour Jr.*
Edmund G. LaCour Jr.
  *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Alabama*

Christopher M. Carr
  *Attorney General*

*s/ Stephen J. Petrany*
Stephen J. Petrany*
  *Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Georgia*

*s/ Cameron T. Norris*
Cameron T. Norris (pro hac vice)
Thomas S. Vaseliou (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*Counsel for IWLC, IWN, PDE, Speech First*

Alan Wilson
  *Attorney General*

*s/ Joseph D. Spate*
Joseph D. Spate*
  *Assistant Deputy Solicitor General*
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for South Carolina*

*pro hac vice forthcoming

## CERTIFICATE OF SERVICE

I e-filed this document and its attachments with the Court. Because Defendants have not yet entered an appearance, I am also serving them by certified mail, return receipt requested, at the addresses below:

> Miguel Cardona and U.S. Department of Education
> 400 Maryland Ave., SW
> Washington DC, 20202
>
> Civil Division, Process Clerk
> U.S. Attorney's Office,
> 1801 4th Ave. North
> Birmingham, AL 35203
>
> Merrick Garland
> U.S. Department of Justice
> 950 Pennsylvania Ave., N.W.
> Washington, DC 20530-0001

Dated: May 8, 2024                                    *s/ Cameron T. Norris*