# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| State of ALABAMA, *et al.*, <br> *Plaintiffs*, <br> v. <br> Miguel CARDONA, in his official capacity as the U.S. Secretary of Education, *et al.*, <br> *Defendants*. | Case No. 7:24-cv-533 |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' motion for a stay of the effective date of the challenged rule (*Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024)), or alternatively a preliminary injunction. Having considered the motion, opposition, case file, and applicable law, Plaintiffs' motion is **GRANTED**.

☐ **IT IS ORDERED**, pending further order of the Court, that the challenged rule's effective date is postponed under 5 U.S.C. §705.

☐ **IT IS ORDERED**, pending further order of the Court, that Defendants are preliminarily enjoined from enforcing, relying on, implementing, or otherwise acting pursuant to the challenged rule with respect to Alabama, Georgia, Florida, or South Carolina.

Dated: _____ ____, 2024

_____