# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA STATE OF SOUTH CAROLINA; INDEPENDENT WOMEN'S LAW CENTER; INDEPENDENT WOMEN'S NETWORK; PARENTS DEFENDING EDUCATION; and SPEECH FIRST, INC.

*Plaintiff*

v.

MIGUEL CARDONA, in his official capacity as the U.S. Secretary of Education; and U.S. DEPARTMENT OF EDUCATION,

*Defendants.*

## APPLICATION FOR PRO HAC VICE ADMISSION

Pursuant to this Court's LR 83.1(b), the undersigned counsel, James H. Percival, submits this application for admission pro hac vice as counsel for Plaintiff the State of Florida. In support of this application, counsel states the following:

1. My full name is James Hamilton Percival II. I am a resident of Florida. I reside in Tallahassee, Florida.

2. I am an attorney at the Florida Attorney General's Office. My office address is PL-01 the Capitol, Tallahassee, FL 32399. My telephone number is (850) 414-3300, and my email address is james.percival@myfloridalegal.com. My fax number is (850) 410-2672.

3. I am a member of the state bars of Florida (admitted May 3, 2019), the District of Columbia (admitted May 15, 2015 but currently inactive), and California (admitted December 30, 2013 but currently inactive); the bars of the U.S. Courts of Appeals for the

11th Circuit (May 2019), Ninth Circuit (April 2018), and D.C. Circuit (May 2020); the U.S. Supreme Court bar (November 2020); and the U.S. district court bars in the Northern and Middle Districts of Florida (June 2019 and November 2020, respectively).

4. I am in good standing and eligible to practice in all of the above-mentioned courts (except to the extent that I have elected inactive status in certain jurisdictions).

5. I designate as our local counsel Bryan M. Taylor, whose address, telephone number, facsimile number, and e-mail address are provided in his written consent, attached hereto.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on May 7, 2024.

*/s/ James H. Percival*
James H. Percival (FBN 1016188)
CHIEF OF STAFF

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*