# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA STATE OF SOUTH CAROLINA; INDEPENDENT WOMEN'S LAW CENTER; INDEPENDENT WOMEN'S NETWORK; PARENTS DEFENDING EDUCATION; and SPEECH FIRST, INC. *Plaintiff* <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as the U.S. Secretary of Education; and U.S. DEPARTMENT OF EDUCATION, <br>    *Defendants*. | |

## APPLICATION FOR PRO HAC VICE ADMISSION

Pursuant to this Court's LR 83.1(b), the undersigned counsel, Stephen J. Petrany, submits this application for admission pro hac vice as counsel for Plaintiff State of Georgia. In support of this application, counsel states the following:

1. My full name is Stephen John Petrany. I am a resident of Georgia. I reside in Dunwoody, Georgia.

2. I am the Solicitor General at the Georgia Department of Law. My office address is 40 Capitol Square, S.W., Atlanta, Georgia 30334. My telephone number is (404) 458-3408, and my email address is spetrany@law.ga.gov. My fax number is (943) 200-4293

3. I am a member of the Georgia bar (admitted November 22, 2021), the Pennsylvania bar (November 26, 2014), the D.C. bar (May 13, 2016), the Supreme Court of the United States bar (August 23, 2021), the Federal Court of Appeals Bar for the 2nd Circuit

2

(July 29, 2020), the 5th Circuit (March 10, 2022), the 7th Circuit (July 9, 2019), the 8th Circuit (June 15, 2023), the 9th Circuit (March 6, 2024), the 10th Circuit (June 12, 2021), the 11th Circuit (November 22, 2021), and the D.C. Circuit (January 19, 2022).

4. I am in good standing in all of the above-mentioned courts.

5. I designate as our local counsel Bryan M. Taylor, whose address, telephone number, facsimile number, and e-mail address are provided in his written consent, attached hereto.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on May 3, 2024.

                                              /s/   Stephen J. Petrany
                                              Stephen J. Petrany
                                                 *Solicitor General*
                                              Georgia Department of Law
                                              40 Capitol Square S.W.
                                              Atlanta, GA 30334
                                              (404) 458-3408
                                              spetrany@law.ga.gov

                                              *Plaintiff State of Georgia*