# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA STATE OF SOUTH CAROLINA; INDEPENDENT WOMEN'S LAW CENTER; INDEPENDENT WOMEN'S NETWORK; PARENTS DEFENDING EDUCATION; and SPEECH FIRST, INC.<br>         *Plaintiff*<br>v.<br><br>MIGUEL CARDONA, in his official capacity as the U.S. Secretary of Education; and U.S. DEPARTMENT OF EDUCATION,<br>         *Defendants*. | |

## CONSENT TO DESIGNATION AS LOCAL COUNSEL

I am a member in good standing of the bar of this Court. Per LR 83.1(b), I ask the Court to allow Stephen J. Petrany to appear *pro hac vice* as counsel for the State of Georgia, and I consent to designation as local counsel. Mr. Petrany is familiar with this case and this Court's rules. He meets all the requirements of LR 83.1(b), as explained in his Application for Pro Hac Vice Admission.

Dated: May 2, 2024

Respectfully submitted,

*/s/ Bryan M. Taylor*
Bryan M. Taylor (ASB 0390-Y81T)
Bachus Brom & Taylor LLC
3125 Blue Lake Drive, Suite 101
Birmingham, AL 35243
(205) 970-7775
btaylor@bachusbrom.com