# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA; STATE OF FLORIDA; STATE OF GEORGIA STATE OF SOUTH CAROLINA; INDEPENDENT WOMEN'S LAW CENTER; INDEPENDENT WOMEN'S NETWORK; PARENTS DEFENDING EDUCATION; and SPEECH FIRST, INC. *Plaintiff* <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as the U.S. Secretary of Education; and U.S. DEPARTMENT OF EDUCATION, <br><br> *Defendants.* | No. 7:24-cv-00533-GMB |

## APPLICATION FOR PRO HAC VICE ADMISSION

Pursuant to this Court's LR 83.1(b), the undersigned counsel, Joseph David Spate, submits this application for admission pro hac vice as counsel for Plaintiff State of South Carolina. In support of this application, counsel states the following:

1. My full name is Joseph David Spate. I am a resident of South Carolina. I reside in Lexington, South Carolina.

2. I am an attorney at the Office of the South Carolina Attorney General. My office address is 1000 Assembly Street, Columbia, South Carolina 29201. My telephone number is (803) 734-3371, and my email address is josephspate@scag.gov. My fax number is (803) 734-3677.

3. I am a member of the South Carolina bar (admitted November 27, 2018); U.S.

Court of Appeals for the Fourth Circuit (admitted November 30, 2018); U.S. District Court for the District of South Carolina (admitted August 19, 2019); U.S. District Court for the District of North Dakota (admitted June 2, 2023); U.S. Court of Appeals for the D.C. Circuit (admitted July 12, 2023); U.S. Court of Appeals for the 6th Circuit (admitted September 18, 2023); U.S. Court of Appeals for the First Circuit (admitted September 21, 2023); Supreme Court of the United States (admitted November 13, 2023); and U.S. Court of Appeals for the Ninth Circuit (admitted November 21, 2023).

4. I am in good standing and eligible to practice in all of the above-mentioned courts.

5. I designate as our local counsel Bryan M. Taylor, whose address, telephone number, facsimile number, and e-mail address are provided in his written consent, attached hereto.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on May 8, 2024.

ALAN WILSON
*Attorney General of South Carolina*

s/ Joseph D. Spate
Joseph D. Spate
*Assistant Deputy Solicitor General*
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Plaintiff State of South Carolina*

2