IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| State of ALABAMA, *et al.*,<br>*Plaintiffs*,<br>v.<br>Miguel CARDONA, in his official capacity as the U.S. Secretary of Education, *et al.*,<br>*Defendants*. | Case No. 7:24-cv-533 |

**[PROPOSED] ORDER**

Before the Court is the parties' joint motion to set briefing schedule and page limit regarding Plaintiffs' motion for a stay of the effective date of the challenged rule (*Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024)), or alternatively a preliminary injunction. Having considered the motion, it is **GRANTED**.

☐ **IT IS ORDERED**, Defendants' response to Plaintiffs' motion for a stay or preliminary injunction is due by Wednesday, June 5, 2024, with a page limit of 50 pages of 13-point Garamond font.

☐ **IT IS ORDERED**, Plaintiffs' reply is due by Wednesday, June 19, 2024, with a page limit of 25 pages of 13-point Garamond font.

Dated: _____ ____, 2024

_____