UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 7:24-cv-533-GMB |
| ) | |
| MIGUEL CARDONA, in his official ) | |
| capacity as the U.S. Secretary of ) | |
| Education, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Consistent with this court's General Order of Referral of Civil Matters to Magistrate Judges, the Clerk of Court randomly assigned this complaint to a magistrate judge. On May 8, 2024, however, the plaintiffs filed a Motion for Stay of Effective Date or Preliminary Injunction (Doc. 7) challenging the United States Department of Education's recently published rule relating to Title IX of the Education Amendments Act of 1972. Because the rule will take effect on August 1, 2024, the plaintiffs are seeking a stay or preliminarily injunction and have requested an expedited briefing schedule. Doc. 13. At this time, the defendants have not appeared or responded to the complaint.

The General Order calls for reassignment to a district judge after the first of three "triggering events" absent unanimous consent. None of these events have

occurred in this case, and it does not appear they will occur in the timely manner contemplated in the General Order and necessitated by the nature of the relief requested in the Motion for Stay of Effective Date or Preliminary Injunction. Accordingly, the case is now due to be assigned to a district judge for all further proceedings. The Clerk of Court is DIRECTED to reassign this case to a district judge randomly drawn.

      DONE and ORDERED on May 13, 2024.

                                              _____
                                              GRAY M. BORDEN
                                              UNITED STATES MAGISTRATE JUDGE