UNITED STATES DISTRICT COURT

Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch                                           Sheri Jones
Clerk                                                    Chief Deputy

| | |
|---|---|
| Alabama, State of et al | } |
|     Plaintiff(s) | } |
|     v. | }  Case Number:  7:24-cv-533-GMB |
| Miguel Cardona et al | } |
|     Defendant(s) | } |

## NOTICE OF REASSIGNMENT

This civil action has been reassigned to the Honorable Annemarie Carney Axon. Please use case number 7:24-cv-533-ACA on all subsequent pleadings.

DATED: 5/13/2024

                                        GREER M. LYNCH, CLERK


                                        By: __K. St. John
                                                Deputy Clerk

GML:

xc:    Judges
       Counsel