# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **STATE OF ALABAMA, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | |
| ] | **7:24-cv-533-ACA** |
| **MIGUEL CARDONA, in his official** ] | |
| **capacity as the U.S. Secretary of** ] | |
| **Education, et al.,** ] | |
| ] | |
| **Defendants.** ] | |

## **ORDER**

Plaintiffs State of Alabama, State of Florida, State of Georgia, State of South Carolina, Independent Women's Network, Independent Women's Law Center, Parents Defending Education, and Speech First, Inc., have moved for a preliminary injunction. (Doc. 7). The parties have jointly moved to set a briefing schedule and page limits for the briefing. (Doc. 13). The court **GRANTS** the motion to set a briefing schedule and page limits.

Defendants Miguel Cardona and the U.S. Department of Education may file a response to the motion for a preliminary injunction **on or before June 5, 2024**. Their brief may not exceed fifty pages of 14-point Times New Roman. Plaintiffs may file a reply brief **on or before June 19, 2024**. Their brief may not exceed twenty-five pages of 14-point Times New Roman.

The court **SETS** oral argument on the motion for a preliminary injunction for **June 26, 2024, at 9:00 a.m. Central Standard Time** in Courtroom 6B in the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama.

**DONE** and **ORDERED** this May 14, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE