# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| State of ALABAMA, *et al.*,<br>*Plaintiffs*,<br>v.<br>Miguel CARDONA, in his official Capacity as U.S. Secretary of Education, *et al.*,<br>*Defendants*. | No. 7:24-cv-533-ACA |

## **EMERGENCY** NOTICE OF APPEAL

Plaintiffs, the States of Alabama, Florida, Georgia, and South Carolina, and Independent Women's Network, Parents Defending Education, Speech First, Inc., and Independent Women's Law Center, provide this emergency notice of appeal to the U.S. Court of Appeals for the Eleventh Circuit from this Court's denial of its motion for a preliminary injunction on July 30, 2024. *See* Doc. 58.

1

Dated: July 30, 2024

Ashley Moody
  *Attorney General*

*s/ James H. Percival*
James H. Percival (pro hac vice)
  *Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for Florida*

Christopher M. Carr
  *Attorney General*

*s/ Stephen J. Petrany*
Stephen J. Petrany (pro hac vice)
  *Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Georgia*

Alan Wilson
  *Attorney General*

*s/ Joseph D. Spate*
Joseph D. Spate (pro hac vice)
  *Assistant Deputy Solicitor General*
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for South Carolina*

Respectfully submitted,

Steve Marshall
  *Attorney General*

*s/ Edmund G. LaCour Jr.*
Edmund G. LaCour Jr.
  *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Alabama*

*s/ Cameron T. Norris*
Cameron T. Norris (pro hac vice)
Thomas S. Vaseliou (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*Counsel for IWLC, IWN, PDE, Speech First*

2

## CERTIFICATE OF COMPLIANCE

This notice complies with this Court's orders because it is one page, excluding the parts that can be excluded, is double-spaced, and is prepared in 14-point Times New Roman.

Dated: July 30, 2024                              *s/ Cameron T. Norris*

## CERTIFICATE OF SERVICE

I filed this notice on the Court's electronic filing system, which will email everyone requiring notice.

Dated: July 30, 2024                              *s/ Cameron T. Norris*