**UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
**Office of the Clerk**
**Hugo L. Black United States Courthouse**
**Room 140, 1729 5th Avenue North**
**Birmingham, Alabama 35203**
**(205) 278-1700**

Mr. Dave Smith, Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303.

                                                     U.S.D.C. NO: 7:24-cv-533-ACA
                                                     U.S.C.A. No. NEW APPEAL
                                                     IN RE:    State of Alabama et al. v. Miguel Cardona et al.

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this transmittal.

☒       Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.

☐       Certified record, supplemental record on appeal consisting of: Click here to enter text. volume(s) of pleadings, etc.; Click here to enter text. volume(s) of transcripts;

☒       First Notice of Appeal? Yes   Dates of other Notices:

☐       The following materials **SEALED** in this court (order enclosed) consisting of: Click here to enter text.

☐       Original papers (court file) and certified copy of docket entries per USCA request.

☐       There was no hearing from which a transcript could be made.

☐       Copy of CJA Form 20 or District Court order appointing counsel.

☒       The appellant docket fee has been paid. **No** Date Paid Click or tap to enter a date.

☐       The appellant has been Choose an item. leave to appeal in forma pauperis and          request for certificate of appealability (order enclosed).

☒       The Judge/Magistrate Judge appealed from is: Annemarie Carney Axon

☐       The Court Reporter is:

☐       This is a **BANKRUPTCY APPEAL**.   Please send notice of final order and/or opinion to: Joe Bulgarella, Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

☐       This is a **DEATH PENALTY** appeal.

☐       Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

☐       Other:

xc:   Counsel                         GREER M. LYNCH, Clerk

                                               By   **Curtis Carter Jr.**
                                                  Deputy Clerk