FILED

2024 Aug-13  PM 12:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA *et al.*, <br><br>       Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, *et al.*, <br><br>       Defendants. | No. 7:24-cv-533-ACA |

## REPORT OF THE PARTIES' PLANNING MEETING

Pursuant to the Court's order of July 30, 2024, ECF No. 59, the parties submit the following:

1. The following persons participated in a Rule 26(f) conference on August 12, 2024, by phone and email:

    a. Cameron T. Norris, on behalf of Plaintiffs, and
    b. Rebecca Kopplin, representing Defendants

2. Synopsis of the case.

    a. Plaintiffs are four States and four associations who represent students. They challenge, as contrary to law and arbitrary and capricious under the Administrative Procedure Act, the U.S. Department of Education's rule titled *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024).
    b. Defendants are the United States Department of Education and its Secretary, Miguel Cardona. They defend the Final Rule as neither contrary to law nor arbitrary and capricious under the Administrative Procedure Act.

1

3. Initial Disclosures. Given that this is a case for review on an administrative record, the parties do not believe initial disclosures will be necessary. *See* Fed. R. Civ. Pro. 26(a)(1)(B)(i).

4. Discovery Plan. The parties agree that discovery will not be necessary in this matter. This is a case for review of agency action where the record would typically be limited to the administrative record before the agency.

5. Other items:

   a. The parties do not request a conference with the Court before entry of the scheduling order.

   b. Plaintiffs do not intend to amend the pleadings, and neither party intends to join additional parties.

   c. The parties do not intend to use any experts.

   d. The parties have conferred and request that the Court set the following dates for further proceedings:

      i. Defendants will produce the administrative record to Plaintiffs by September 20, 2024. Defendants plan to produce the administrative record regardless of the status of other deadlines in this case.

      ii. The parties currently anticipate filing a joint status report within 14 days of the production of the administrative record proposing a schedule for summary judgment briefing. Plaintiffs reserve the right to seek to begin briefing prior to the production of the administrative record, and Defendants reserve the right to oppose such a motion.

      iii. Due to this schedule and the parties' agreement, Defendants do not need to file a separate response to Plaintiffs' complaint. Accordingly, the current deadline for Defendants' response to the Complaint of August 16, 2024, should be vacated.

   e. The parties have conferred and do not believe that settlement is likely.

Dated: August 13, 2024

Respectfully submitted,

Brian M. Boynton
Principal Deputy Assistant Attorney
General

*/s/ Cameron T. Norris*
Cameron T. Norris
Thomas S. Vaseliou
C'Zar Bernstein
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
cam@consovoymccarthy.com
tvaseliou@consovoymccarthy.com
czar@consovoymccarthy.com

Emily B. Nestler
Assistant Branch Director

*/s/ Rebecca Kopplin*
REBECCA KOPPLIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs
Branch
1100 L Street NW
Washington, DC 20004
Phone: 202-514-3953
Fax: (202) 616-8470
E-mail:
Rebecca.M.Kopplin@usdoj.gov

*Counsel for Private Plaintiffs*

Steve Marshall
  Attorney General
s/  *Edmund G. LaCour Jr.*
Edmund G. LaCour Jr.
  Solicitor General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Defendants*

*Counsel for Alabama*

Ashley Moody
  Attorney General
s/ *Henry C. Whitaker*
Henry C. Whitaker
  Solicitor General
James H. Percival
  Chief of Staff
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
henry.whitaker@ myfloridalegal.com

*Counsel for Florida*

Christopher M. Carr
  Attorney General
s/ *Stephen J. Petrany*
Stephen J. Petrany
  Solicitor General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Georgia*

Alan Wilson
  Attorney General
s/ *Joseph D. Spate*
Joseph D. Spate
  Assistant Deputy Solicitor General
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for South Carolina*

4