IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA *et al.*,<br><br>　Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, *et al.*,<br><br>　Defendants. | No. 7:24-cv-533-ACA |

## **JOINT STATUS REPORT**

Pursuant to the Court's order of August 14, 2024, ECF No. 70, the parties submit the following:

1. The administrative record was produced to Plaintiffs on September 20, 2024.

2. Proceedings relating to the Court's order denying a preliminary injunction, ECF No. 58, remain pending before the Eleventh Circuit. *See Alabama v. Cardona*, 24-12444 (11th Cir.) (appeal noticed July 30, 2024).

3. As reflected in the parties' separate motion, the parties believe that staying district court proceedings pending the resolution of the Eleventh Circuit proceedings would conserve the resources of the parties and the Court, and the parties request in that motion that the Court stay district court proceedings until thirty days after the mandate from the pending appeal is returned to this court from the Eleventh Circuit.

Dated: October 7, 2024　　　　　　　　　　Respectfully submitted,

1

/s/ *Cameron T. Norris*
Cameron T. Norris
Thomas S. Vaseliou
C'Zar Bernstein
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
cam@consovoymccarthy.com
tvaseliou@consovoymccarthy.com
czar@consovoymccarthy.com

*Counsel for Private Plaintiffs*

Steve Marshall
  Attorney General
s/ *Edmund G. LaCour Jr.*
Edmund G. LaCour Jr.
  Solicitor General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Alabama*

Ashley Moody
  Attorney General
s/ *Henry C. Whitaker*
Henry C. Whitaker
  Solicitor General
James H. Percival
  Chief of Staff
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050

Brian M. Boynton
Principal Deputy Assistant Attorney General

Emily B. Nestler
Assistant Branch Director

/s/ *Rebecca Kopplin*
REBECCA KOPPLIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20004
Phone: 202-514-3953
Fax: (202) 616-8470
E-mail: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendants*

(850) 414-3300
(850) 410-2672 (fax)
henry.whitaker@ myfloridalegal.com

*Counsel for Florida*

Christopher M. Carr
  Attorney General
s/ *Stephen J. Petrany*
Stephen J. Petrany
  Solicitor General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Georgia*

Alan Wilson
  Attorney General
s/ *Joseph D. Spate*
Joseph D. Spate
  Assistant Deputy Solicitor General
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for South Carolina*