FILED

2024 Oct-07  PM 12:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, *et al.*,<br><br>    Defendants. | No. 7:24-cv-533-ACA |

### JOINT MOTION TO STAY PROCEEDINGS PENDING APPEAL

The parties jointly and respectfully request a stay of all district court deadlines and proceedings in this case until 30 days after the mandate returns to this court from the ongoing appeal at the Eleventh Circuit of the order denying preliminary relief in this case.

This case involves a challenge to the Department of Education's Final Rule implementing Title IX, *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024). This Court previously denied Plaintiffs' request for a preliminary injunction, ECF No. 70. Plaintiffs appealed that decision to the Eleventh Circuit. *See Alabama v. Cardona*, 24-12444 (11th Cir.) (appeal noticed July 30, 2024).

1

The parties have conferred about potential next steps in this case and respectfully request that the Court stay further district court proceedings until Plaintiffs' appeal is resolved.

Good cause exists for a stay. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket[.]" *In re Lynch*, No. 22-12584, 2023 WL 6231067, at *4 (11th Cir. Sept. 26, 2023) (quoting *Landis v. N. Am. Water Works & Elec. Co.*, 299 U.S. 248, 254 (1936)). This includes "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Landis*, 299 U.S. at 254-55. A stay must be "so framed in its inception that its force will be spent within reasonable limits, so far at least as they are susceptible of prevision and description." *Id.* at 257.

As a general matter, the Eleventh Circuit's resolution of Plaintiffs' appeal may have a "substantial effect" on the claims here, which is a "good" reason, "if not an excellent one," for staying further district court proceedings in the interim. *Miccosukee Tribe of Indians of Fla. v. S. Fla. Water Mgmt. Dist.*, 559 F.3d 1191, 1198 (11th Cir. 2009). Pressing on with such proceedings would therefore be an inefficient use of the parties' and the Court's time and resources. *See McCluskey v. Merck & Co.*, No. CV 07-AR-0232-S, 2007 WL 9717460, at *5 (N.D. Ala. Mar. 7,

2007) (granting a stay in part because that would "best" allocate judicial resources).

Moreover, a stay of district court proceedings would not prejudice any party.

Accordingly, for the foregoing reasons, the parties respectfully request that the Court stay further district court proceedings in this case until thirty days after the mandate from the current appeal is returned to this Court from the Eleventh Circuit. The parties additionally proposed that they file a joint status report addressing further proceedings at that time.

Dated: October 7, 2024

/s/ Cameron T. Norris
Cameron T. Norris
Thomas S. Vaseliou
C'Zar Bernstein
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
cam@consovoymccarthy.com
tvaseliou@consovoymccarthy.com
czar@consovoymccarthy.com

*Counsel for Private Plaintiffs*

Steve Marshall
  Attorney General
s/  Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
  Solicitor General
Office of the Attorney General
State of Alabama

Respectfully submitted,

Brian M. Boynton
Principal Deputy Assistant Attorney
General

Emily B. Nestler
Assistant Branch Director

/s/ Rebecca Kopplin
REBECCA KOPPLIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs
Branch
1100 L Street NW
Washington, DC 20004
Phone: 202-514-3953
Fax: (202) 616-8470
E-mail:
Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendants*

3

501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Alabama*

Ashley Moody
  Attorney General
s/ *Henry C. Whitaker*
Henry C. Whitaker
  Solicitor General
James H. Percival
  Chief of Staff
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
henry.whitaker@ myfloridalegal.com

*Counsel for Florida*

Christopher M. Carr
  Attorney General
s/ *Stephen J. Petrany*
Stephen J. Petrany
  Solicitor General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Georgia*

Alan Wilson
  Attorney General
s/ *Joseph D. Spate*

4

Joseph D. Spate
  Assistant Deputy Solicitor General
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for South Carolina*