# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education, *et al.*, <br><br> Defendants. | No. 7:24-cv-533-ACA |

## **MOTION TO WITHDRAW AS COUNSEL**

Counsel Rebecca Kopplin represents Defendants and respectfully moves to withdraw as counsel in this matter. Ms. Kopplin will be leaving the Department of Justice and her last day will be March 7, 2025. Defendants will continue to be represented by counsel, including other capable counsel at the Department of Justice.

Dated: March 4, 2025                    Respectfully submitted,

                                                      YAAKOV M. ROTH
                                                    Acting Assistant Attorney General
                                                    Civil Division

Elizabeth Tulis  
Assistant Branch Director

/s/ *Rebecca Kopplin*
REBECCA KOPPLIN  
Trial Attorney  
United States Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street NW  
Washington, DC 20004  
Phone: 202-514-3953  
Fax: (202) 616-8470  
E-mail: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on March 4, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

/s/ *Rebecca Kopplin*
Rebecca Kopplin